

# Fourth Court of Appeals
## San Antonio, Texas

October 17, 2018

No. 04-18-00466-CV

Pedro **RAMIREZ**,
Appellant

v.

Frances **RAMIREZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-21553
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

After this court granted Appellant's first motion for extension of time to file the brief, Appellant's brief was due on October 10, 2018. On the due date, Appellant filed a second motion for extension of time to file the brief until November 9, 2018, for a total extension of sixty days.

Appellant's motion is GRANTED. Appellant's brief is due on November 9, 2018. *See* TEX. R. APP. P. 38.6(d). Further motions for extension of time to file the brief are discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court